UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL A. COOK,

                                Plaintiff(s),

                                  09 civ 4208 (JGK)

       -against-

                                  **ORDER**

MARRIOTT INTERNATIONAL, INCORPORATED,
                          Defendant(s),
------------------------------------------------------------X

      A motion to remand has been filed with this Court.

      The plaintiff shall serve and file papers in response to the motion by **June 18, 2009**

      The defendant shall serve and file any reply papers by **July 2, 2009.**

      The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                              JOHN G. KOELTL
                               UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 28, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09